45,324-06

CAUSE NO. 0628183-D

OILN RAY NOWLIN                          §        COURT OF CRIMINAL APPLEAS

APPLICANT/PRO SE                         §

                                         §

VS.                                      §        OF TEXAS   **MOTION DENIED**
                                                             DATE: ⌐⌐⌐-15
                                         §                   BY: DC

THE STATE OF TEXAS                       §

RESPONDANT                               §        CAPITOL STATION, AUSTIN TEXAT

**RECEIVED IN**
**COURT OF CRIMINAL APPEALS**

**FEB 17 2015**

**Abel Acosta, Clerk**

MOTION FOR   A REQUEST

FOR A WRITEN OPINION

TO THE HONORABLE PRESIDING JUDGE KELLER

NOW COME SAID APPLICANT OLIN RAY NOWLIN/PRO SEE IN THE ABOVE STYLED NUMBERED 0628183-D AND SUBMITS HIS MOTION FOR A REQUEST FOR A WRITEN OPINION THE APPLICANT FILES WITHOUT AN ATTORNEY ON RECORD

THE APPLICANT FILE AN MOTION FOR OBJECTIONS OF THE LOWER STATE COUET NO. #2 REPLY THIS COURT OF CRIMINAL APPEALS RETURN , ITS REPLY TO THE APPLICANT DENYING HIS MOTION AND SUCCESSIVE WRIT WITHOUT ANY CONCLUSION OF LAW FOR TO DENIED THE APPLICANT MOTION AND PETITION WITHOUT ANY WRITEN OPINION,

RESPECTFULLY SUBMITTED

OLIN RAY NOWLIN

TDCJ-ID NO. #824386
MARK STILES UNIT

BEAUMONT, TEXAS 77705

*Olin Ray Nowlin*

OLIN RAY NOWLIN


## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES THAT A TRUE AND CERRECT COPY

OF THE FOREGOING WAS MAILED TO THE COURT CLERK TO PASS COPIES

TO THOSE THAT ARE CONCERN UNDER 12 (2) A INMATE MAKES ONLY ONE

COPY TO THE COURT AND REQUEST THEM TO MAKE COPIES FOR HIM BE-

CAUSE OF HIM BEING INDIGENT AND NOT ABIE TO MAKE COPIES

SEN T ON THIS _12_ DAY OF _February_ 2015

SIGN ON THIS _12_ DAY OF _February_ 2015

SIGNATURE _Olin Ray Nowlin_ 2015

(2)